

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order is **VACATED.** The matter is **REMANDED** for proceedings consistent with the decision in Taylor v. Extendicare, —— Pa. ——, 147 A.3d 490 (2016).

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Hasan COLLIER, Jr., Petitioner**

**No. 477 MAL 2016**

Supreme Court of Pennsylvania.

October 17, 2016

PER CURIAM

## ORDER

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Elvin John LAMEY, Petitioner**

Commonwealth of Pennsylvania,
Respondent

v.

**Elvin John Lamey, Petitioner**

Commonwealth of Pennsylvania,
Respondent

v.

**Elvin John Lamey, Petitioner**

**No. 460 MAL 2016**
**No. 461 MAL 2016**
**No. 462 MAL 2016**

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Andrew James PUDUP, Petitioner**

**No. 383 MAL 2016**

Supreme Court of Pennsylvania.

October 17, 2016